Opinion issued May 22, 2008


 







In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00135-CV






OZARK CAPITAL CORPORATION, Appellant


V.


DAVID L. UDALL AND JEANNE UDALL, Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 862570






MEMORANDUM OPINION Appellant Ozark Capital Corporation has failed to timely file a brief. See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that this
appeal was subject to dismissal, appellant did not adequately respond. See Tex. R.
App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.